Nov. Term,
1860.

FROST
v.
PURDUE.

---

## FROST *v.* PURDUE.

*Thursday,*
*January* 24.

APPEAL from the *Howard* Common Pleas.

*Per Curiam.*—Suit on note and mortgage. Judgment against defendant by default.

There was no motion in the Court below to be, in any manner, relieved from that judgment. *Blair* v. *Davis,* 9 Ind. 236; *Harlan* v. *Edwards,* 13 *id.* 430.

The judgment is affirmed, with 5 per cent. damages and costs.

*J. W. Robinson,* for appellant.

*H. Brouse* and *R. Vaile,* for appellee.